IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DERRICK A. CAUDLE,                        )
                                          )
                Plaintiff,                )
                                          )
        v.                                )   C.A. No. 25-1316-CFC-SRF
                                          )
WARDEN BRIAN EMIG, *et al.*,              )
                                          )
                Defendants.               )

## ORDER

At Wilmington on this 19th day of May in 2026, having considered the

Report and Recommendation by United States Magistrate Judge Sherry R. Fallon

filed on May 4, 2026 (D.I. 11), and upon the expiration of the time allowed for

objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no

objections having been filed;

It is HEREBY ORDERED that:

1.      The Magistrate Judge's Report and Recommendation (D.I. 11) is

        **ADOPTED**.

2.      Plaintiff's claims against defendants DDOC and JTVCC are

        **DISMISSED WITH PREJUDICE** as legally frivolous pursuant to

        28 U.S.C. § 1915(e)(2)(B)(i) and (iii).  Amendment is futile.

3.  Plaintiff's claims against the Individual Defendants in their individual capacities are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

4.  Plaintiff's motion for appointment of counsel is **DENIED WITHOUT PREJUDICE.**  (D.I. 7)

5.  Plaintiff is granted leave until on or before **June 18, 2026** to file an amended complaint remedying the deficiencies noted in the Report and Recommendation.  The case will be closed should Plaintiff fail to timely file an amended complaint.

_____
Chief Judge